IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BRAMBLE,** | : | CIV NO. 4:20-CV-2394 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **JOHN WETZEL, et al.,** | : | |
| **Defendants.** | : | |

## MEMORANDUM ORDER

This case is a *pro se* prisoner civil lawsuit, which comes before the court for resolution of a discovery dispute. The plaintiff, John Bramble, is a Delaware state prisoner housed by the Pennsylvania Department of Corrections. Bramble alleges that he has been housed under severe and restrictive conditions without any form of due process. (Doc. 1). On May 17, 2021, Bramble filed a motion to compel discovery which alleged that he had not received any discovery from the defendants. (Doc. 28). The defendants have responded, acknowledging that they have replied to Bramble's discovery requests while noting that many of their responses have incorporated objections to specific discovery requests.(Doc. 30).

Accordingly, IT IS ORDERED that to the extent that Bramble was seeking to compel some response from the defendants, this motion to compel is dismissed as moot in light of the defendants' reported response. IT IS FURTHER ORDERED that the parties will consult, confer and report to the court regarding whether there

are any remaining discovery issues which need to be addressed on or before **July 12, 2021.**

So ordered this 10th day of June 2021.

<u>S/Martin C. Carlson</u>
Martin C. Carlson
United States Magistrate Judge