# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BRAMBLE,** | : | CIV NO. 4:20-CV-2394 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **JOHN WETZEL, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 27th day of July 2021, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that the plaintiff's motion for preliminary injunction, (Doc. 9), is DENIED.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
