# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BRAMBLE,** | : | Civil No. 4:20-CV-2394 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **JOHN WETZEL, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 5th day of January 2022, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED THAT the defendants' motion for summary judgment (Doc. 55) is GRANTED. The Clerk is directed to close this case.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge